## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services,<br><br>HEALTH RESOURCES AND SERVICES ADMINISTRATION,<br><br>CAROLE JOHNSON, in her official capacity as Administrator of the Health Resources and Services Administration,<br><br>*Defendants*. | No. 1:24-cv-3496-DLF |

## **NOTICE OF WITHDRAWAL**

Pursuant to Local Civil Rule 83.6(b), the undersigned, Brett A. Shumate, respectfully notices the withdrawal of his appearance as counsel to Plaintiff in the above-captioned matter. Plaintiff will continue to be represented by Noel Francisco, Rajeev Muttreja, and Toni-Ann Citera.

2

Dated: January 16, 2025               Respectfully submitted,

*/s/ Brett A. Shumate*
Brett A. Shumate (D.C. Bar No. 974673)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2025, a true and correct copy of the foregoing Notice of Withdrawal was filed using the Court's CM/ECF system and mailed to Defendants' counsel, John J. "Jack" Bardo, United States Attorney's Office for the District of Columbia, 601 D Street NW, Washington, D.C. 20530, because counsel has not yet entered an appearance in this case.

*/s/ Brett A. Shumate*
Brett A. Shumate

*Counsel for Plaintiff*
