UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANOFI-AVENTIS US, LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>ROBERT F. KENNEDY, JR, Secretary of Health and Human Services, et al.,<br><br>            Defendants. | Civil Action No. 24-3496 (DLF) |

**DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56, Defendants the Secretary of Health and Human Services and the Administrator of the Health Resources and Services Administration respectfully move the Court for an order granting summary judgment in their favor and denying Plaintiff Sanofi-Aventis US, LLC motions for summary judgment. In support of this motion, Defendants respectfully refer the Court to the attached memorandum of points and authorities. A proposed order is attached hereto.

Dated: March 27, 2025
          Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:      */s/ John J. Bardo*
      JOHN J. BARDO, D.C. Bar #1655534
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 870-6770

*Attorneys for the United States of America*