UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANOFI-AVENTIS US, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT F. KENNEDY, JR, Secretary of Health and Human Services, et al.,<br><br>　　　　Defendants. | Civil Action No. 24-3496 (DLF) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff's motion for summary judgment, Defendants' opposition and cross motion for summary judgment, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that Plaintiff's motion is DENIED, and it is further　　ORDERED　　that judgment shall be entered in favor of Defendants and against Plaintiff.

SO ORDERED:

_____　　　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　DABNEY L. FRIEDRICH
　　　　　　　　　　　　　　　　　　　　United States District Judge